THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rosella Evans
 Smith, Appellant.
 
 
 

Appeal From Laurens County
 James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-055
Submitted January 2, 2009  Filed January
 22, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia, and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM: Rosella
 Evans Smith appeals her guilty plea to breach
 of peace of a high and aggravated nature.  Smith argues the plea court erred in
 accepting her guilty plea without a sufficient factual basis for the charge
 being established in the record. After a
 thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]  
APPEAL
 DISMISSED.
Huff, Thomas, and
Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.